People ex rel. Pate v Molina (2023 NY Slip Op 03756)

People ex rel. Pate v Molina

2023 NY Slip Op 03756

Decided on July 7, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 7, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
JOSEPH J. MALTESE
HELEN VOUTSINAS
JANICE A. TAYLOR, JJ.

2023-05512

[*1]The People of the State of New York, ex rel. Michael Pate, on behalf of Gregory Volcimus, petitioner,
v
Louis Molina, etc., respondent.

Twyla Carter, New York, NY (Susanna De La Pava of counsel), for petitioner.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Jannette Lukowsky of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Gregory Volcimus upon his own recognizance or, in the alternative, to set reasonable bail upon Kings County Docket No. FG-300135-23KN.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
IANNACCI, J.P., MALTESE, VOUTSINAS and TAYLOR, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court